IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

WALTER G. FORD, and
ANNA FORD,

    Plaintiffs,

v.                                        No. 11-1237

ESTATE OF TOMMIE R. YOUNGER
and KEVIN YOUNGER,

    Defendants.

ORDER ADOPTING THE REPORT AND RECOMMENDATION
OF THE MAGISTRATE JUDGE

This matter is before the Court on the report and recommendation of the magistrate judge, filed February 21, 2014, recommending that the November 9, 2011 motion (D.E. 7) of the Plaintiffs, Walter G. Ford and Anna Ford, seeking default judgment against Defendants, Estate of Tommie R. Younger and Kevin Younger, be granted and that the matter of damages be referred back to the magistrate judge for a hearing. (D.E. 34.) On February 24, 2014, the Court referred the matter of damages to the magistrate judge but deferred ruling on the recommendation concerning the motion for default judgment until the time for objections had passed. According to the Court's docket, no objections to the magistrate judge's report and recommendation have been filed, and the time for such objections has now expired.

The Court has reviewed the magistrate judge's report and recommendation. No objections having been filed to the report and recommendation, the Court ADOPTS the magistrate judge's report and recommendation. Plaintiff's motion for default judgment is GRANTED.

IT IS SO ORDERED this 11th day of March, 2014.

s/ J. DANIEL BREEN
CHIEF UNITED STATES DISTRICT JUDGE